UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No.   5:24-cv-1560 (GTS/MJK) |
| Plaintiff, | |
| v. | **ORDER BARRING ALL FURTHER CLAIMS** |
| 2022 Mercedes Cargo Van, VIN #: W1YV0CEY8N4134062, bearing New York registration 84599NC. | |
| Defendant. | |

Upon consideration of the United States' status report, and the Court being satisfied that the government has provided notice to all known potential claimants pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby

ORDERED that, with the exception of the claim of Fabian Hart, all future claims to the Defendant Vehicle are forever barred, and it is further

ORDERED that the claim of Fabian Hart shall proceed into discovery, and it is further

ORDERED that, within thirty days after the filing of this order, the United States shall contact the claimants, though their counsel, to set out and agree upon a schedule of expiration dates dealing with joinder of parties, amendment of pleadings, discovery, filing of motions and a proposed trial date, and memorialize this agreement in a stipulation form which shall be signed by the parties and so ordered by the assigned United States Magistrate Judge.

IT IS SO ORDERED.

Dated:  March 24, 2025

Glenn T. Suddaby
U.S. District Judge